HONORABLE STANLEY A. BASTIAN

Heather C. Yakely, #28848
Evans, Craven & Lackie, P.S.
818 W. Riverside, Suite 250
Spokane, WA 99201-0910
(509) 455-5200; fax (509) 455-3632
Attorney for Defendants

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| NICHOLAS HAYES,<br><br>                Plaintiff,<br><br>vs.<br><br>I.Q. DATA INTERNATIONAL, INC.,<br><br>                Defendant. | Case No. 15-CV-00175-SAB<br><br>PARTIES STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE AND WITHOUT COSTS<br><br>**WITHOUT ORAL ARGUMENT ON TUESDAY DECEMBER 29, 2015 @ 6:30 p.m. WITH JUDGE BASTIAN** |

IT IS HEREBY STIPULATED AND AGREED by and between the Parties, NICHOLAS HAYES and I.Q. DATA INTERNATIONAL, a Washington State Corporation; through their respective counsel that this case may be dismissed with prejudice and without costs to any party.

STIPULATED MOTION FOR DISMISSAL
WITH PREJUDICE AND WITHOUT COSTS - Page 1

*Evans, Craven & Lackie, P.S.*
818 W. Riverside, Suite 250
Spokane, WA 99201-0910
(509) 455-5200; fax (509) 455-3632

DATED this 1st day of December, 2015.

EVANS, CRAVEN & LACKIE, P.S.

By   s/ Heather C. Yakely
Heather C. Yakely, #28848
Attorney for Defendants
Evans, Craven & Lackie, P.S.
818 W. Riverside Ave., Ste. 250
Spokane, WA 99201
(509) 455-5200


UPRIGHT LAW, LLCC

By____s/Shane P. Coleman
Shane P. Coleman, #39807
Attorney for Plaintiff
Upright Law LLCC
3021 S. Regal Street, Suite 101
Spokane, WA 99223
509-535-6266
shanepcoleman@yahoo.com

STIPULATED MOTION FOR DISMISSAL
WITH PREJUDICE AND WITHOUT COSTS - Page 2

*Evans, Craven & Lackie, P.S.*
818 W. Riverside, Suite 250
Spokane, WA 99201-0910
(509) 455-5200; fax (509) 455-3632

# **CERTIFICATE OF SERVICE**

I hereby certify that on the 1st day of December, 2015, I electronically filed the foregoing with the Clerk of the Court using CM/ECF System, which will send notification of such filing to the following:

Shane P. Coleman via email: shanepcoleman@yahoo.com

EVANS, CRAVEN & LACKIE, P.S.

By ___s/ Heather C. Yakely___
Heather C. Yakely, #28848
Attorneys for Defendant
Evans, Craven & Lackie, P.S.
818 W. Riverside Ave., Ste. 250
Spokane, WA 99201
(509) 455-5200
(509) 455-3632 facsimile
hyakely@ecl-law.com

STIPULATED MOTION FOR DISMISSAL
WITH PREJUDICE AND WITHOUT COSTS - Page 3

*Evans, Craven & Lackie, P.S.*
818 W. Riverside, Suite 250
Spokane, WA 99201-0910
(509) 455-5200; fax (509) 455-3632