UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| NICHOLAS HAYES,<br><br>    Plaintiff,<br><br>    v.<br><br>IQ DATA INTERNATIONAL, INC.,<br><br>    Defendant. | NO. 2:15-cv-00175-SAB<br><br>**ORDER OF DISMISSAL** |

The parties filed a Fed. R. Civ. P. 41(a)(1)(A)(ii) Stipulated Motion for Dismissal, ECF No. 16. In accordance with Rule 41(a)(1), the above-captioned case is dismissed with prejudice and without costs and attorneys' fees to any party.

Accordingly**, IT IS HEREBY ORDERED:**

1. The parties' Stipulated Motion for Dismissal, ECF No. 16, is **GRANTED**.
2. The above-captioned case is **dismissed** with prejudice and without costs and attorneys' fees to any party.
3. Any pending motions are **dismissed as moot**.
4. All trial dates and deadlines are **stricken**.

//

//

//

**ORDER OF DISMISSAL** # 1

**IT IS SO ORDERED.** The District Court Executive is hereby directed to file this Order, provide copies to counsel, and **close** the file.

**DATED** this 28th day of December 2015.



_Stanley A. Bastian_
Stanley A. Bastian
United States District Judge

**ORDER OF DISMISSAL** # 2